**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

FANNY OTTOMAN SANCHEZ SABILLON and
JOSE EMANUEL MELGAR PACHECO,
by and through their next friend,
EMILY CHAFFIN,

                Petitioners,

v.                                        CIVIL ACTION NO. 3:26-0292

KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
TODD M. LYONS,
Acting Director,
United States Immigration and Customs Enforcement;
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
Acting United States Attorney General,
in their official capacities,

                Respondents.

**ORDER TO SHOW CAUSE AND TEMPORARILY ENJOINING TRANSFER OF**
**PETITIONERS PENDING DISPOSITION OF PETITION**

Upon consideration of Petitioners' Petition for a Writ of Habeas Corpus (ECF No. 1), **IT IS**

**HEREBY ORDERED** that:

1. The Respondents **SHALL** file a written response to **SHOW CAUSE**, if any, as to why the

   Petition should not be granted, no later than 8:30 AM, Thursday, April 30, 2026. The

   response shall indicate whether the Respondents have a good faith basis to assert that they

   will present arguments in this case that have not previously been considered and rejected

by this Court and shall indicate the Respondents' position on the necessity for a hearing. Petitioners shall have an opportunity to file a reply by Friday, May 1 at 8:30 AM.

2. This matter shall be heard by this Court on Friday, May 1, 2026, at 10:00 AM.

3. To the extent Respondents intend to assert that jurisdiction and/or venue in the Southern District of West Virginia is improper in this case, Respondents shall file any such objections within twenty-four hours of entry of this Order. Any objections shall indicate whether Respondents have a good faith basis to assert that they will present arguments pertaining to jurisdiction and/or venue that were not considered and rejected by this Court in *Linarez Vilchez v. Kluemper*, Case No. 3:26-cv-0261. Petitioners shall file any reply to any filed objections no later than twenty-four hours following Respondents' filing of the objections.

4. Respondents **SHALL NOT** remove or facilitate the removal of Petitioners and/or their property from the United States, or transfer Petitioners to a location further from the Southern District of West Virginia than where they are presently located, pending further order of the Court.

5. Respondents shall **FORTHWITH, IMMEDIATELY, AND IN NO EVENT LATER THAN MONDAY, APRIL 27, 2026**, afford Petitioners a reasonable opportunity to confidentially consult with counsel and shall take all necessary steps to facilitate such communication.

6. Upon receipt of this Order, Respondents shall promptly ensure that all of Petitioners' property seized incident to detention is accounted for and that all such property can be immediately made available to Petitioners in the event Petitioners are released. To the extent Petitioners' property has already been removed from this jurisdiction, Respondents

-3-

shall take all necessary steps to ensure that said property can be immediately made available to Petitioners **at the time of their** release in the event Petitioners are released.

7. Service of this Order shall be made by Petitioners on the United States Attorney for the Southern District of West Virginia by 2:00 P.M. on Monday, April 27, 2026, and shall constitute good and sufficient service on Respondents.

ENTER:     April 27, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE